IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS SERRANO | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | No. 08-4792 |

## O R D E R

AND NOW, this 11th day of December 2009, upon consideration of Plaintiff's Motion and Brief in Support of Request for Review (Doc. No. 10), Defendant's Response in opposition thereto (Doc. No. 11), and Plaintiff's Reply in support thereof (Doc. No. 13), and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Doc. No. 14), it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and

3. This matter is REMANDED to the Commissioner of Social Security for further consideration.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.